**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHANTAL P. MURRAY,

    Plaintiff,

v.                                           Case No. 6:23-cv-1489-RBD-RMN

THE CITY OF DAYTONA BEACH,

    Defendant.
_____

**ORDER**

Before the Court is the parties' Joint Motion and Stipulation to Approve Award of Attorney's Fees and Costs to Plaintiff. (Doc. 24 ("Motion").) On referral, U.S. Magistrate Judge Robert M. Norway entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 27 ("R&R").) The parties did not object and the time has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 27) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2. The Motion (Doc. 24) is **GRANTED**.

3. Plaintiff is **AWARDED** $10,442.00 in attorney's fees and costs.

4. The file is to remain closed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 29, 2024.

ROY B. DALTON, JR.
United States District Judge